TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
MARTIN NAVARRO


PAUL V. SIMPSON, BAR NO. 83878
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone: (650) 615-4860
Fax: (650) 615-4861
psimpson@sgijlaw.com

Attorneys for Defendant
ST. FRANCIS ELECTRIC, INC.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NAVARRO, <br><br>        Plaintiff, <br><br>    v. <br><br> ST. FRANCIS ELECTRIC, INC., <br>        Defendant. | Case Number: 15-CV-500 EMC <br><br> **STIPULATION AND & [PROPOSED] ORDER TO EXTEND PRESUMPTIVE DEADLINE FOR MEDIATION** <br><br><br> HON. EDWARD M. CHEN |

THE PARTIES HEREBY STIPULATE AS FOLLOWS THROUGH THEIR ATTORNEYS OF RECORD:

1. On May 5, 2015, this Court Ordered this matter to mediation. Document 17. The Order included a presumptive 90 day period to hold the mediation or a completion date of August 3, 2015.

2. On May 27, 2015, the Court appointed Richard Whitmore as mediation. Document 21. On June 8, 2015, counsel for the parties and conducted a pre-mediation conference. At the conference, a mediation date of September 29, 2015 was selected. Mr. Whitmore, the mediator, also suggested to the parties to submit a stipulation and order to ask the Court to extend the presumptive 90 day deadline so that the mediation can occur on September 29, 2015.

3. The Parties informed the Court on July 2, 2015 and the Court instructed the parties to submit a stipulation and Order to extend the ADR deadlines.

4. Good cause exists from Plaintiff's perspective as the parties need to wait until the Court's Order on the motion to dismiss set for July 2, 2015 to determine if the scope of the litigation will change. From Plaintiff's perspective, parties also need to complete their Rule 26 obligations and Plaintiff needs to conduct sufficient discovery to prepare for the mediation. This includes discovery of other "loop crew" workers.

IT IS SO STIPULATED

Dated: July 6, 2015

//s// Tomas E. Margain
TOMAS MARGAIN
Counsel for Plaintiff MARTIN NAVARRO

Dated: July 6, 2015

//s// PAUL V. SIMPSON
PAUL V. SIMPSON
Counsel for Defendant ST. FRANCIS ELECTRIC, INC.

**ORDER**

Based on the stipulation of counsel and good cause shown, the deadline to complete mediation is extended to October 1, 2015 to accommodate the scheduled September 29, 2015 mediation session.

IT IS SO ORDERED

DATED: 7/7/15    By: 

EDWARD M. CHEN
UNITED STATES DISTRICT
JUDGE