1  TOMAS MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  Justice at Work Law Group
   84 W. Santa Clara St., Ste. 790
3  San Jose, CA 95113
   Tel: (408) 317-1100
4  Fax: (408) 351-0105
   Tomas@JAWLawGroup.com
5  Huy@JAWLawGroup.com

6  Attorneys for Plaintiff
   MARTIN NAVARRO

7

8  PAUL V. SIMPSON, BAR NO. 83878
   SIMPSON, GARRITY, INNES & JACUZZI
   Professional Corporation
9  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
10 Telephone: (650) 615-4860
   Fax: (650) 615-4861
11 psimpson@sgijlaw.com

12 Attorneys for Defendant
   ST. FRANCIS ELECTRIC, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17

18  MARTIN NAVARRO              | Case No. 15-CV-500 EMC
         Plaintiff,             |
19                              | **STIPULATION AND & [PRO~~POS~~ED] ORDER
         v.                     | TO EXTEND RETENTION OF
20                              | JURISDICTION TO ENFORCE**
    ST. FRANCIS ELECTRIC, INC., |
21                              |
         Defendant.             |
22                              |
                                | HON. EDWARD M. CHEN
23

24       WHEREAS this Court Dismissed the matter with prejudice and retained jurisdiction

25  for Plaintiff to enforce payment terms so long as that motion was filed on or before February 1, 2016.

26  Docket 33.

27

28

**JOINT STIPULATION AND [PROPOSED]**                    (No. 15-CV-500 EMC)
**ORDER RE: EXTEND RETENTION OF**
**JURISDICTION TO ENFORCE**

1  WHEREAS Plaintiff needs to extend the deadline to file a motion to enforce an
2  additional 60 days.

3  WHEREAS good cause exists as the parties have worked through any potential
4  disputes that may require enforcement but need additional time for funding to be made;

5  The Parties to the above-entitled action jointly submit this Stipulation and [Proposed]
6  Order requesting the extension

7  Thus, the Parties, through their undersigned counsel, respectfully request that the Court
8  enter this Stipulation as an Order.

9  IT IS SO STIPULATED

10  Dated: January 26, 2016         //s// Tomas E. Margain
11                                  TOMAS MARGAIN
                                    Counsel for Plaintiff MARTIN NAVARRO

13  Dated: January 26, 2016         //s// PAUL V. SIMPSON
                                    PAUL V. SIMPSON
14                                  Counsel for Defendant ST. FRANCIS
                                    ELECTRIC, INC.

16                              **ORDER**

18  **IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause
19  appearing therefore, the Court Orders as follows:

20  The Court retains jurisdiction to enforce the payment terms of the agreement through
    April 1, 2016.
21  IT IS SO ORDERED

22  DATED:   February 1, 2016       By: _____
                                    IT IS SO ORDERED
                                    Judge Edward M. Chen
                                    UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

**JOINT STIPULATION AND [PROPOSED]
ORDER RE: EXTEND RETENTION OF
JURISDICTION TO ENFORCE**                        1.